# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEXAS EASTERN TRANSMISSION, LP,** | : | CIVIL ACTION NO. 1:07-CV-1423 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WILBUR SLOTHOUR**, in His Capacity as the Building Code Officer of Tyrone Township, PA, *et al.*, | : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 7th day of August, 2007, upon consideration of the request by plaintiff Texas Eastern Transmission, LP to withdraw its motion for a temporary restraining order (Doc. 8), it is hereby ORDERED that Texas Eastern's motion is deemed withdrawn without prejudice to further proceedings in this matter.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge